

**ORDERED in the Southern District of Florida on September 20, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In Re:
Mark Steven Heller,                                    Case No.: 19-13250-RBR

    Debtor.                                    Chapter 13

_____ /

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPT HOMESTEAD PROPERTY

THIS MATTER came before the Court on September 12, 2019, upon the Debtor's Motion to Avoid Judicial Lien Impairing Exempt Homestead Property [ECF No. 53] ("Motion"). The parties having agreed to the relief sought, it is hereby

**ORDERED:**

1.    The Motion is Granted.

2.    The judgment lien created by the judgment described below is hereby avoided and canceled as to the Debtor's homestead real property located at 111 N. Pompano Beach Blvd., Unit 504, Pompano Beach, FL  33062, with a Parcel Identification Number of 4843 31 BB 0320, and with a legal description of:

Apartment Unit No. 504, of Sea Monarch Condominium, according to the Declaration thereof, dated November 10, 1970, recorded in Official Records Book 4346, Pages 570 through 628, of the Public Records of Broward County, Florida, together with all the appurtenances thereto and an undivided $1/238^{th}$ interest in the common elements, all according to said Declaration of Condominium.

3.      The judgment lien avoided and canceled by this order is:

A Final Judgment entered in TBF Financial, LLC v. Earth Elements, Inc. and Mark Heller (Case No. CACE17-014616) dated January 22, 2019 in the amount of $42,022.14, plus interest, recorded in the Official Records of Broward County, Florida on January 28, 2019 as instrument #115578624 and rerecorded on February 20, 2019, as instrument #115624871.

###

**Order Submitted by:**
Angelena M. Root
Angelena M. Root, P.A.
Florida Bar No.:  101751
1931 Cordova Road, #303
Fort Lauderdale, FL  33316
Telephone:  (954) 986-2101
E-Mail: amrootesq@gmail.com
(Attorney Root is directed to serve a copy of this order on all interested parties and file a Certificate of Service reflecting same with the Court.)