# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ 5th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Mark Steven Heller        JOINT DEBTOR: _____        CASE NO.: 19-13250-RBR

SS#: xxx-xx- 7821        SS#: xxx-xx- _____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $560.37 _____ for months __1__ to __12__ ;

2.    $880.66 _____ for months __13__ to __19__ ;

3.    $2,505.22 _____ for months __20__ to __60__ ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: $4025.00 | Total Paid: $0.00 | Balance Due: $4025.00 | |
| Payable $77.58 | /month (Months 1 to 19 ) | | |
| Payable $1,463.22 | /month (Months 20 to 20 ) | | |
| Payable $1,087.76 | /month (Months 21 to 21 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500 for Chapter 13 Bankruptcy; $525 to avoid lien

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS

**A.    SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.    Creditor: Seahorse Estates Property Owners' Association, Inc.

Address: c/o CKM Property Management Processing Center

Arrearage/ Payoff on Petition Date    $2,326.30

Arrears Payment (Cure)    $38.77    /month (Months 1 to 60 )

LF-31 (rev. 10/3/17)

PO Box 66938
Phoenix, AZ  85082-6938

Regular Payment (Maintain)          $179.17          /month (Months  13  to  60  )

Last 4 Digits of
Account No.:          7821

Other: _____

☒ Real Property                    Check one below for Real Property:

☐ Principal Residence          ☐ Escrow is included in the regular payments

☐ Other Real Property          ☒ The debtor(s) will pay  ☒ taxes  ☒ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2.  Creditor: Chase Auto Finance

Address: Attn: Bankruptcy
PO Box 901076
Fort Worth, TX  76101

Arrearage/ Payoff on Petition Date     $23,584.80 (before 4.55% = $22,558.13)

Payoff inclusive of 4.55% interest          $393.08          /month (Months  1  to  60  )

Last 4 Digits of
Account No.:          8603

Other: _____

☐ Real Property                    Check one below for Real Property:

☐ Principal Residence          ☐ Escrow is included in the regular payments

☐ Other Real Property          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:



☒ Personal Property/Vehicle

Description of Collateral: 2013 Jaguar XJ VIN: SAJWA1C73D8V53935

---

3.  Creditor: Ro'Vin Garrett Brazoria County Tax Collector

Address: 111 E. Locust
Angleton, TX  77515

Arrearage/ Payoff on Petition Date     $9,116.78 (Inclusive of 12% interest)

Payoff including 12% interest          $112.00          /month (Months  13  to  19  )

Payoff including 12% interest          $203.23          /month (Months  20  to  60  )

Last 4 Digits of
Account No.:          7506

Other:          Payments to be applied to 2018 prinicpal first, then 2019 principal, then any accrued interest and/or penalties

☒ Real Property                    Check one below for Real Property:

☐ Principal Residence          ☐ Escrow is included in the regular payments

☐ Other Real Property          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-RBR

| Description of Collateral: | |
|---|---|

**B.  VALUATION OF COLLATERAL:** ■ NONE

**C.  LIEN AVOIDANCE** ☐ NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | |
|---|---|
| 1.  Creditor: TBF Financial, LLC | Collateral: 111 N. Pompano Beach Blvd, #504<br>Pompano Beach, FL  33062 |
| Address: 740 Waukegan Road, Suite 404<br>Deerfield, IL  60015 | Exemption: 11 U.S.C. 522(f) |
| Last 4 Digits of Account No.:   4871 | |

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ann Elgin | | 1000 N. Lake Shore Drive, #808<br>Chicago, IL  60611 |
| 2. | Bank of America | 2947 | Lot 5 Seahorse Estates, (A0029 SF Austin)<br>5034 Bluewater Highway CR257<br>Freeport, TX 77541 (Brazoria County, TX) |
| 3. | Specialized Loan Servicing | 5829 | 111 N. Pompano Beach Blvd, #504<br>Pompano Beach, FL  33062 |
| 4. | Autonation | | Repair for 2013 Jaguar XJ VIN: SAJWA1C73D8V53935 |
| 5. | Sunshine Pawnbrokers | | Watch in pawn |
| 6. | Lee Scott and Deidra Heller | | Lot 5 Seahorse Estates, (A0029 SF Austin)<br>5034 Bluewater Highway CR257<br>Freeport, TX 77541 (Brazoria County, TX) |
| 7. | Sea Monarch Condominium Inc. | 504 | 111 N. Pompano Beach Blvd, #504<br>Pompano Beach, FL  33062 |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B.  INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due:    $25,040.13 | | Total Payment    $25,040.13 | |
| Payable:    $375.46 | /month (Months  21  to 21  ) | | |
| Payable:    $1,463.22 | /month (Months  22  to 37  ) | | |
| Payable:    $1,253.15 | /month (Months  38  to 38  ) | | |

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D.  OTHER:** ■ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

LF-31 (rev. 10/3/17)

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-RBR

**A.** Pay   $210.07   /month (Months  38  to 38 )

Pay   $1,463.22   /month (Months  39  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED:  ☑ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☑ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Ann Elgin | 1000 N. Lake Shore Drive, #808 Chicago, IL  60611 | | ☑ Assume ☐ Reject |

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☑ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☑ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____ Date          _____ Joint Debtor _____ Date

Mark Steven Heller

/s/ Angelena M. Root          January 27, 2020
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**