**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☑ 4th | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Mark Steven Heller          JOINT DEBTOR: _____          CASE NO.: 19-13250-SMG

SS#: xxx-xx- 7821                    SS#: xxx-xx-_____

## I.    NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☑ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ☑ Included | ☐ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $633.02_____ for months __1__ to _25_ ;

2.   $1,117.50_____ for months _26_ to _84_ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE    ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $5075.00 | Total Paid: $0.00 | Balance Due: $5075.00 |
| Payable $161.00 /month (Months _1_ to _25_ ) | | |
| Payable $743.38 /month (Months _26_ to _26_ ) | | |
| Payable $306.62 /month (Months _27_ to _27_ ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500 for Chapter 13 Bankruptcy; $525 to avoid lien; $525 for plan modification; $525 for motion to sell non-homestead property

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS

**A.  SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Seahorse Estates Property Owners' Association, Inc. _____

Address: c/o CKM Property Management Processing Center PO Box 66938

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $2,326.30 | |
| Arrears Payment (Cure) | $29.63 /month (Months _1_ to _25_ ) | |
| Regular Payment (Maintain) | $50.83 /month (Months _1_ to _25_ ) | |

Debtor(s):  Mark Steven Heller _____  Case number: 19-13250-SMG

Phoenix, AZ  85082-6938

Last 4 Digits of
Account No.:          7821 _____

Other:          _____

■ Real Property                                    Check one below for Real Property:

☐ Principal Residence                              ☐ Escrow is included in the regular payments

☐ Other Real Property                              ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Description of Collateral: _____

2.  Creditor: Chase Auto Finance _____

| | | |
|---|---|---|
| Address: Attn: Bankruptcy | Arrearage/ Payoff on Petition Date | $23,584.80 (before 4.55% = $22,558.13) |
| PO Box 901076 | Payoff inclusive of 4.55% interest | $300.21 /month (Months 1 to 25 ) |
| Fort Worth, TX  76101 | Payoff inclusive of 4.55% interest | $272.53 /month (Months 26 to 84 ) |

Last 4 Digits of
Account No.:          8603 _____

Other:          _____

☐ Real Property                                    Check one below for Real Property:

☐ Principal Residence                              ☐ Escrow is included in the regular payments

☐ Other Real Property                              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2013 Jaguar XJ VIN: SAJWA1C73D8V53935

3.  Creditor: Ro'Vin Garrett Brazoria County Tax Collector _____

| | | |
|---|---|---|
| Address: 111 E. Locust | Arrearage/ Payoff on Petition Date | $9,116.78(Inclusive of 12% interest) |
| Angleton, TX  77515 | Payoff including 12% interest | $27.42 /month (Months 1 to 25 ) |

Last 4 Digits of
Account No.:          7506 _____

Other:          Payments to be applied to 2018 prinicpal first, then 2019 principal, then any accrued interest and/or penalties

■ Real Property                                    Check one below for Real Property:

☐ Principal Residence                              ☐ Escrow is included in the regular payments

☐ Other Real Property                              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Description of Collateral: _____

LF-31 (rev. 10/3/17)

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-SMG _____

**B.** <u>**VALUATION OF COLLATERAL:**</u>   ■ NONE

**C.** <u>**LIEN AVOIDANCE**</u>   ☐ NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | | |
|---|---|---|
| 1.   Creditor: TBF Financial, LLC | Collateral: | 111 N. Pompano Beach Blvd, #504 Pompano Beach, FL  33062 |
| Address: 740 Waukegan Road, Suite 404 Deerfield, IL  60015 | Exemption: | 11 U.S.C. 522(f) |
| Last 4 Digits of Account No.:   4871 | | |

**D.** <u>**SURRENDER OF COLLATERAL:**</u> Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

**E.** <u>**DIRECT PAYMENTS:**</u> Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ann Elgin | | 1000 N. Lake Shore Drive, #808 Chicago, IL  60611 |
| 2. | Bank of America | 2947 | Lot 5 Seahorse Estates, (A0029 SF Austin) 5034 Bluewater Highway CR257 Freeport, TX 77541 (Brazoria County, TX) |
| 3. | Specialized Loan Servicing | 5829 | 111 N. Pompano Beach Blvd, #504 Pompano Beach, FL  33062 |
| 4. | Autonation | | Repair for 2013 Jaguar XJ VIN: SAJWA1C73D8V53935 |
| 5. | Sunshine Pawnbrokers | | Watch in pawn |
| 6. | Lee Scott and Deidra Heller | | Lot 5 Seahorse Estates, (A0029 SF Austin) 5034 Bluewater Highway CR257 Freeport, TX 77541 (Brazoria County, TX) |
| 7. | Sea Monarch Condominium Inc. | 504 | 111 N. Pompano Beach Blvd, #504 Pompano Beach, FL  33062 |

**IV.** <u>**TREATMENT OF FEES AND PRIORITY CLAIMS**</u> [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.** <u>**ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**</u> ■ NONE

**B.** <u>**INTERNAL REVENUE SERVICE:**</u>   ☐ NONE

| | | | |
|---|---|---|---|
| Total Due:   $25,040.13 | Total Payment   $25,040.13 | | |
| Payable:   $0.00 | /month (Months   1   to 26 ) | | |
| Payable:   $436.76 | /month (Months   27   to 27 ) | | |
| Payable:   $743.38 | /month (Months   28   to 60 ) | | |
| Payable:   $71.83 | /month (Months   61   to 61 ) | | |

**C.** <u>**DOMESTIC SUPPORT OBLIGATION(S):**</u> ■ NONE

**D.** <u>**OTHER:**</u> ■ NONE

**V.** <u>**TREATMENT OF UNSECURED NONPRIORITY CREDITORS**</u>

LF-31 (rev. 10/3/17)

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-SMG

**A.** Pay _____$671.55_____ /month (Months _61_ to _61_ )

Pay _____$743.38_____ /month (Months _62_ to _84_ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Ann Elgin | 1000 N. Lake Shore Drive, #808 Chicago, IL 60611 | | ■ Assume ☐ Reject |

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Secured creditor, Ro'Vin Garrett Brazoria County Tax Collector, has been paid by the current lender on the property satisfying this claim.

Secured creditor, Seahorse Estates Property Owners' Association, Inc., will be satisfied as of the date of the hearing as a result of a sale of the property that was being paid outside of the plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Mark Steven Heller | | | |

/s/ Angelena M. Conant _____   05/20/2021 _____

Attorney with permission to sign on Debtor(s)' behalf          Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**