

**ORDERED in the Southern District of Florida on June 25, 2021.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In Re:

Mark Steven Heller,                                             Case No.: 19-13250-SMG

     Debtor.                                                  Chapter 13

_____/

## ORDER GRANTING MOTION TO ALLOW SALE OF NON-HOMESTEAD PROPERTY

THIS MATTER came before the Court on June 17, 2021, upon the Debtor's Motion to Allow Sale of Non-Homestead Property [ECF No. 137] ("Motion") and no parties having appeared or objected to the relief sought and the Court being otherwise duly advised in the premises, it is

**ORDERED:**

1.     The Motion is GRANTED.

2.     Once the sale is completed, if the Debtor realizes any monetary gain over and above the debt attached to the property, the Debtor shall turn over the proceeds to the Chapter 13 Trustee to be distributed to the unsecured creditors.

###

**Order Submitted by:**
Angelena M. Conant, Esq., Angelena M. Root, P.A., Florida Bar No.: 101751, 1931 Cordova Road, #303
Fort Lauderdale, FL 33316; Telephone: (954) 986-2101; E-Mail: amrootesq@gmail.com
(Attorney Conant is directed to serve a copy of this order on all interested parties and file a Certificate of Service reflecting same with the Court.)