

**ORDERED in the Southern District of Florida on November 2, 2023.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In Re:
Mark Steven Heller,                                                    Case No.: 19-13250-SMG

    Debtor.                                                            Chapter 13
_____ /

**ORDER GRANTING AGREED *EX-PARTE* MOTION TO ALLOW SALE OF**
**NON-HOMESTEAD PROPERTY**

THIS MATTER came before the Court upon the Debtor's Agreed *Ex-Parte* Motion to Allow Sale of Non-Homestead Property [ECF No. 168] ("Motion") and all parties in interest having consented to same and the Court being otherwise duly advised in the premises, it is

**ORDERED:**

1.    The Motion is GRANTED.

2.    Once the sale is completed, if the Debtor realizes any monetary gain over and above the debt attached to the property, the Debtor shall turn over the proceeds to the Chapter 13 Trustee to be distributed to the unsecured creditors.

3.    Those proceeds will be placed in the Debtor's Attorney's Trust Account and turned

1

over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is

provided for in the plan up to 100% of allowed unsecured claims.

    4.      This Order is effective immediately upon entry.

###

**Order Submitted by:**
Angelena M. Conant, Esq.
Angelena M. Root, P.A.
Florida Bar No.:  101751
1931 Cordova Road, #303
Fort Lauderdale, FL  33316
Telephone:  (954) 986-2101
E-Mail: amrootesq@gmail.com
(Attorney Conant is directed to serve a copy of this order on all parties and file a Certificate of
Service reflecting same with the Court.)

2