# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  19-13250-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

MARK STEVEN HELLER
XXX-XX-7821

DEBTOR_____/

### TRUSTEE'S MOTION TO DEVIATE FROM PLAN
### AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **March 13, 2019**.

2. The Debtor's Chapter 13 Plan was confirmed on **February 13, 2020**.

3. Upon information and belief, JPMorgan Chase Bank, N.A ("Creditor"), Account #8603, refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.:  19-13250-BKC-SMG

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 27th day of August, 2024.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARK STEVEN HELLER
1994 E. SUNRISE BLVD., #143
FORT LAUDERDALE, FL  33304

**ATTORNEY FOR DEBTOR**
ANGELENA M. ROOT, ESQUIRE
1931 CORDOVA ROAD
SUITE 303
FORT LAUDERDALE, FL  33316-2157

**CREDITOR**
JPMorgan Chase Bank, N.A
POB 901032
Fort Worth,  TX  76101-2032

**ADDITIONAL CREDITORS**
James Dimon, President
270 Park Avenue
JP Morgan Chase
New York,  NY  10017

CT Corporation System
r/a JP Morgan Chase Bank, N.A.
1200 S. Pine Island Road
Plantation,  FL  33324

MOTION TO DEVIATE
CASE NO.:  19-13250-BKC-SMG

JPMorgan Chase Bank NA
POB 29505  AZ1-1191
Phoenix,  AZ  85038-9505

Manley Deas Kochalski LLC
POB 165028
Columbus,  OH  43216-5028