

**ORDERED in the Southern District of Florida on October 25, 2024.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:  19-13250-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

MARK STEVEN HELLER
XXX-XX-7821

DEBTOR_____/

**ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN**

**THIS CAUSE** came to be heard on the October 17, 2024 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan ("Motion"), and based on the record, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to JPMorgan Chase Bank, N.A ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

3. The Debtor shall continue making payments under the Plan until further Order of this Court, if applicable.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  19-13250-BKC-SMG

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
MARK STEVEN HELLER
1994 E. SUNRISE BLVD., #143
FORT LAUDERDALE, FL  33304

**ATTORNEY FOR DEBTOR**
ANGELENA M. ROOT, ESQUIRE
1931 CORDOVA ROAD
SUITE 303
FORT LAUDERDALE, FL  33316-2157

**CREDITOR**
JPMORGAN CHASE BANK, N.A
POB 901032
FORT WORTH, TX  76101-2032

**ADDITIONAL CREDITORS**
JAMES DIMON, PRESIDENT
270 PARK AVENUE
JP MORGAN CHASE
NEW YORK, NY  10017

CT CORPORATION SYSTEM
R/A JP MORGAN CHASE BANK, N.A.
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

JPMORGAN CHASE BANK NA
POB 29505  AZ1-1191
PHOENIX, AZ  85038-9505

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  19-13250-BKC-SMG

MANLEY DEAS KOCHALSKI LLC
POB 165028
COLUMBUS, OH  43216-5028

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.