**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 9th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Mark Steven Heller      JOINT DEBTOR: _____      CASE NO.: 19-13250-SMG

SS#: xxx-xx- 7821      SS#: xxx-xx-_____

## I.   NOTICES

To Debtors:      Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:      Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:      The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,282.87 _____ for months  1  to  74  ;

2.   $1,060.95 _____ for months  75  to  83  ;

3.   $1,060.98 _____ for months  84  to  84  ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE    ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $5875.00 | Total Paid: $0.00 | Balance Due: $5875.00 |

Payable  $68.58  /month (Months  1  to  74  )

Payable  $800.00  /month (Months  75  to  75  )

Allowed fees under LR 2016-l(B)(2) are itemized below:

$3,500 for Chapter 13 Bankruptcy; $525 to avoid lien; $525 for plan modification; $525 for motion to sell non-homestead property; $750 for modification of plan post confirmation and $50 for costs related to same.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS

**A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Seahorse Estates Property Owners' Association, Inc.

| | | | | |
|---|---|---|---|---|
| Address: c/o CKM Property Management Processing Center PO Box 66938 | Arrearage/ Payoff on Petition Date | $2,326.30 | | |
| | Arrears Payment (Cure) | $10.01 | /month (Months  1  to  74  ) | |
| | Regular Payment (Maintain) | $17.17 | /month (Months  1  to  74  ) | |

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-SMG

Phoenix, AZ  85082-6938

Last 4 Digits of
Account No.: _____ 7821 _____

Other: _____

■ Real Property                                          Check one below for Real Property:

☐ Principal Residence                       ☐ Escrow is included in the regular payments

☐ Other Real Property                       ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Description of Collateral:

---

2.  Creditor: Chase Auto Finance _____

Address: Attn: Bankruptcy               Arrearage/ Payoff on Petition Date    $23,118.42 (before 4.55% = $22,558.13)
         PO Box 901076                  Payoff inclusive of 4.55% interest    _____ $312.41 _____ /month (Months _1_ to _74_ )
         Fort Worth, TX  76101

Last 4 Digits of
Account No.: _____ 8603 _____

Other: _____

☐ Real Property                                          Check one below for Real Property:

☐ Principal Residence                       ☐ Escrow is included in the regular payments

☐ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2013 Jaguar XJ VIN: SAJWA1C73D8V53935

---

3.  Creditor: Ro'Vin Garrett Brazoria County Tax Collector _____

Address: 111 E. Locust                  Arrearage/ Payoff on Petition Date    685.41 (Inclusive of 12% interest)
         Angleton, TX  77515            Payoff including 12% interest         _____ $9.26 _____ /month (Months _1_ to _74_ )

Last 4 Digits of
Account No.: _____ 7506 _____

Other: _____ Payments to be applied to 2018 prinicpal first, then 2019 principal, then any accrued interest and/or penalties _____

■ Real Property                                          Check one below for Real Property:

☐ Principal Residence                       ☐ Escrow is included in the regular payments

☐ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
Lot 5 Seahorse Estates, (A0029 SF Austin)
5034 Bluewater Highway CR257
Freeport, TX 77541 (Brazoria County, TX)

☐ Personal Property/Vehicle

Description of Collateral:

Debtor(s): Mark Steven Heller _____ Case number: 19-13250-SMG

**B. VALUATION OF COLLATERAL:** ☒ NONE

**C. LIEN AVOIDANCE** ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | |
|---|---|
| 1. Creditor: TBF Financial, LLC | Collateral: 111 N. Pompano Beach Blvd, #504 |
| Address: 740 Waukegan Road, Suite 404 | Pompano Beach, FL 33062 |
| Deerfield, IL 60015 | Exemption: 11 U.S.C. 522(f) |
| Last 4 Digits of Account No.: 4871 | |

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ann Elgin | | 1000 N. Lake Shore Drive, #808<br>Chicago, IL 60611 |
| 2. | Bank of America | 2947 | Lot 5 Seahorse Estates, (A0029 SF Austin)<br>5034 Bluewater Highway CR257<br>Freeport, TX 77541 (Brazoria County, TX) |
| 3. | Specialized Loan Servicing | 5829 | 111 N. Pompano Beach Blvd, #504<br>Pompano Beach, FL 33062 |
| 4. | Autonation | | Repair for 2013 Jaguar XJ VIN: SAJWA1C73D8V53935 |
| 5. | Sunshine Pawnbrokers | | Watch in pawn |
| 6. | Lee Scott and Deidra Heller | | Lot 5 Seahorse Estates, (A0029 SF Austin)<br>5034 Bluewater Highway CR257<br>Freeport, TX 77541 (Brazoria County, TX) |
| 7. | Sea Monarch Condominium Inc. | 504 | 111 N. Pompano Beach Blvd, #504<br>Pompano Beach, FL 33062 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: $25,040.13 | Total Payment $25,040.13 | | |
| Payable: $338.38 /month (Months 1 to 74 ) | | | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

Debtor(s): Mark Steven Heller                    Case number: 19-13250-SMG

**A.** Pay        $451.47        /month (Months   1   to 74  )

Pay        $164.50        /month (Months   75   to 75  )

Pay        $964.50        /month (Months   76   to 83  )

Pay        $964.53        /month (Months   84   to 84  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.**  <u>SEPARATELY CLASSIFIED</u>:     ☑ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.**  **<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES:</u>** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☑ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Ann Elgin | 1000 N. Lake Shore Drive, #808 Chicago, IL  60611 | | ☑ Assume  ☐ Reject |

**VII.**  **<u>INCOME TAX RETURNS AND REFUNDS:</u>**  ☐ NONE

☑ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.**  **<u>NON-STANDARD PLAN PROVISIONS</u>**  ☐ NONE

☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Secured creditor, Ro'Vin Garrett Brazoria County Tax Collector, has been paid by the current lender on the property satisfying this claim.

Secured creditor, Seahorse Estates Property Owners' Association, Inc., has been satisfied as of the date of the hearing as a result of a sale of the property that was being paid outside of the plan.

The Trustee received $28,819.43 from the sale of a property which was disbursed accordingly.

On October 28, 2024, the Court entered an order permitting payments that were made to Chase Auto Finance through the Plan to be disbursed to the unsecured creditors.

☐ Mortgage Modification Mediation

Debtor(s): Mark Steven Heller _____  Case number: 19-13250-SMG

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| _____ Debtor _____ | _____ Joint Debtor _____ |
|---|---|
| Mark Steven Heller                                        Date | Date |

/s/ Angelena M. Conant                    07/31/2025
Attorney with permission to sign on            Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**