**Fill in this information to identify the case:**

Debtor 1 **Mark Steven Heller**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Southern District of Florida** (State)

Case Number **19-13250-SMG**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** Federal Home loan Mortgage Corporation

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 5 8 2 9

**Property Address:** 111 North Pompano Beach #504
Number Street

Pompano Beach FL 33062
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.13network.com.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Robin R. Weiner
Signature

Date 05/15/2026

Trustee Robin R. Weiner
First Name Middle Name Last Name

Address Standing Chapter 13 Trustee, P.O. Box 559007
Number Street

Fort Lauderdale FL 33355-9007
City State ZIP Code

Contact phone (954) 382-2001 Email creditor@ch13weiner.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 19-13250-BKC-SMG**
PROCEEDING UNDER CHAPTER

**IN RE:**

MARK STEVEN HELLER
XXX-XX-7821

DEBTOR ______________________/

**CERTIFICATE OF SERVICE**

**TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of Trustee's Notice of Disbursements Made was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 15th day of May, 2026.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL
33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
MARK STEVEN HELLER
1994 E. SUNRISE BLVD., #143
FORT LAUDERDALE, FL 33304

**ATTORNEY FOR DEBTOR**
ANGELENA M. ROOT, ESQUIRE
1931 CORDOVA ROAD
SUITE 303
FORT LAUDERDALE, FL 33316-2157

**CREDITOR(S)**
FEDERAL HOME LOAN MORTGAGE CORPORATION
SHELLPOINT MORTGAGE SERVICING
POB 10826
GREENVILLE, SC 29603-0675

JACK NAVARRO, PRESIDENT
140 EAST 45TH ST, 37TH FLOOR
SHELLPOINT MORTGAGE SERVICING
NEW YORK, NY 10017